UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEDRICK L. HADLEY, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 12-3558-AJW |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

August 14, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge