1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11  **SEDRICK L. HADLEY,**                    )
                                              )
12              **Plaintiff,**                )      **Case  No. CV 12-3558-AJW**
                                              )
13          **v.**                            )      **J U D G M E N T**
                                              )
14  **CAROLYN W. COLVIN,**                    )
    **Acting Commissioner of the Social**     )
15  **Security Administration,**              )
                                              )
16              **Defendant.**                )
                                              )
17  _____)

18

19          **IT IS ADJUDGED** that defendant's decision is **affirmed**.

20

21  August 14, 2013

22

23                                        _____
24                                        ANDREW J. WISTRICH
                                          United States Magistrate Judge
25

26

27

28